Terry Allen NORTON, Appellant,

v.

Dora B. SCHRIRO; James Purkett; Larry Rowley; J.A. Gammon; Mike Dempsey; Unknown Superintendent, FRDC; Unknown Hamby, Dr.; Unknown Kieper, Dr.; Teresa Thornburg, Div. Director MCC; George A. Lombardi, Div. Director FCC; Jewel H. Cofield, Regional Administrator NECC, CMS; Debora Steinman, Regional Administrator (MCC), CMS; Nancy Schierding, Regional Administrator (NECC) CMS; E. Wallace, Healthcare Administrator (NECC) CMS; Michael Groose, Assistant Director; Steve Long, Assistant Director (FCC); D. Creason, Director of Nursing (NECC) CMS; Unknown Hallazo, Medical Director (NECC) CMS; Unknown Kim, Medical Director (FCC); Chris Kolom, Medical Director (FCC) CMS; Unknown Obando, Medical Doctor (NECC) CMS; Unknown Anslinger, Medical Doctor (NECC) CMS; Unknown Getty, Doctor/Surgeon (FRDC) CMS; Unknown, X-ray report doctor (FRDC) CMS; Unknown Bonny, RN Nurse (MCC) CMS; Gale Bailey, Director of Nursing (MCC) CMS; Kathy Kempf, RN Nurse (FCC) CMS; Kim Weatherford, Grievance Officer (FCC); Kim Lewis, Grievance Officer (FCC); Unknown Stallman, Functional Unit Manager (MCC); Dean Minor, Functional Unit Manager (MCC); Lisa Harris, Functional Unit Manager (NECC); Unknown Samm, Case Worker (NECC); Unknown, Female Case Worker HU–1 (MCC); Unknown, Female Case Worker HU–1, MCC; Unknown McFarron, Case Worker HU–3 (FCC); Unknown Counts, Case Worker HU–4 (FCC); Unknown Crowley, Correctional Officer (FCC); Unknown Blair, Correctional Officer (FCC); Unknown, Sgt., Housing Unit 5(FCC); Unknown Jenkins, Correctional Officer (NECC); Jerry Myers, Correctional Officer (NECC); Ed Lechliter, Correctional Officer (MCC); Darin See, Correctional Officer (MCC); Unknown, CEO, President of Correctional Medical Services (CMS); David White, Appellees.

No. 02–2540.

United States Court of Appeals,
Eighth Circuit.

Submitted July 23, 2003.

Decided Aug. 6, 2003.

Before BOWMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Missouri inmate Terry Norton appeals the district court's[1] adverse entry of final judgment in his action brought under 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA). After considering Norton's arguments and carefully reviewing the record, we conclude that the dismissal of the ADA claims and the claims against the state defendants, as well as the grant of summary judgment to the Correctional Medical Services defendants, were proper; that the district court did not

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

abuse its discretion in denying Norton's motions for appointment of counsel and recusal; and that an extended opinion is not warranted. Accordingly, we affirm. *See* 8th Cir. R. 47B.